# Third District Court of Appeal
## State of Florida

Opinion filed August 10, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-832
Lower Tribunal No. 15-133-K

————————

**Marilyn Falkin,**
Appellant,

vs.

**Javier Cruz Robles,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

ALGO Law Firm, LLP, and Harvey J. Sepler (Hollywood), for appellant.

Law Office of Hugh J. Morgan and Hugh J. Morgan; Steven M. Goldsmith, P.A., and Steven M. Goldsmith (Boca Raton), for appellee.

Before FERNANDEZ, C.J., and EMAS, and SCALES, JJ.

PER CURIAM.

Affirmed.